495

No. 42795.—Protest 996387–G of Treemond Co. (New York).

Opinion by CLINE, J.   There was no appearance on the part of the plaintiff when this case was called for trial.   On the record presented the protest was overruled.

No. 42796.—Protest 987734–G of Arconti Hardware Co. (El Paso).

Opinion by KEEFE, J.   It was stipulated that the merchandise is the same as that the subject of Arconti v. United States (T. D. 49573).   The claim at 20 percent under paragraph 210 was therefore sustained.

No. 42797.—Protests 951186–G, etc., of S. H. Kress & Co. et al. (Honolulu, etc.).

Opinion by KEEFE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 42798.—Protests 941156–G, etc., of D. T. Grant Co. et al.   (Baltimore, etc.).

Opinion by KEEFE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, DECEMBER 8, 1939

No. 42799.—Petition 5825–R of Lewis & Neblett Co. (Cleveland).

Opinion by BROWN, J.   It appeared that the inclusion of the charges by the appraiser was in accordance with decisions rendered long after the entry of the merchandise here involved.   As the record failed to reveal that the importer concealed any facts with a view of defrauding the revenue, the petition was granted.

BEFORE THE FIRST DIVISION, DECEMBER 11, 1939

No. 42800.—Protests 972270–G, etc., of B. R. Anderson & Co. et al. (Seattle).

Opinion by BROWN, J.   In accordance with stipulation of counsel and on the authority of Abstract 39806 the fish in question was held dutiable at $1\frac{1}{4}$ cents per pound under paragraph 717 (c) as claimed.

No. 42801.—Protests 557052–G, etc., of John Shillito Co. (Cleveland).

Opinion by BROWN, J.   It was stipulated that the merchandise consists of steamer rugs or automobile robes in chief value of wool the same as those the subject of Curtis v. United States (T. D. 48341).   The claim at 50 percent under paragraph 1120 was therefore sustained.